# STATE OF MICHIGAN

# COURT OF APPEALS

WESSELING & BRACKMANN, PC,

Plaintiff-Appellant,

v

HUNTINGTON BANCSHARES FINANCIAL
CORPORATION, doing business as
HUNTINGTON NATIONAL BANK,

Defendant-Appellee.

UNPUBLISHED
March 6, 2018

No. 334082
Kent Circuit Court
LC No. 15-000245-CB

Before: MURRAY, P.J., and SAWYER and MARKEY, JJ.

MARKEY, J. (*concurring*).

I concur in result only.

/s/ Jane E. Markey

-1-